UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 5:20-MJ-00009 JLT |
| | ) | |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| MISAEL TORRES-VILLA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Virna Santos is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 17, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **March 23, 2020**              /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE